1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   **EVGENIY GUBANOV ,**                    No. **2:25–CV–01537–CSK**

12                    Plaintiff,              INITIAL SCHEDULING ORDER, CASES
                                              ASSIGNED UNDER APP. A, SUB (M)
13          v.

14   **COUNTY OF PLACER , ET AL. ,**

15                    Defendant.

16

17          This action has been assigned to a Magistrate Judge under the Court's automated case

18   assignment plan. See Local Rules, Appendix A, subsection (m).

19          Should the parties wish to consent to the jurisdiction of the Magistrate Judge for all purposes,

20   including for the entry of final judgment, they may do so using the "Consent to Assignment or Request

21   for Reassignment" form. *See* 28 U.S.C. § 636(c). There is no obligation to consent, and the judges will

22   not be notified of a party's designation unless all parties have consented. *See* Fed. R. Civ. P. 73(b)(1).

23   If any party requests reassignment to a United States District Judge, the Clerk of the Court will assign

24   a random District Judge as presiding judge, with the Magistrate Judge continuing for those purposes

25   anticipated by the Local Rules. Because a consent designation assists the court in determining how

26   the action will be administratively processed, the parties are instructed to make their election promptly

27   and notify the Clerk of the Court as soon as practicable.

28   /////

Under Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED:

1. When serving process under Rule 4, Plaintiff(s) shall provide each Defendant with a copy of this order and the "Consent to Assignment or Request for Reassignment" information. Within 10 days after service of process on a given Defendant, Plaintiff(s) shall file a certificate stating that the Defendant was served under Rule 4.[1]

2. **Each party shall return the "*Consent to Assignment or Request for Reassignment*" form to the Clerk within 90 days from the date the action was filed, or within 14 days of removal from state court.** The parties are strongly encouraged to submit their consent forms before the filing of any motion, so the motion can be noticed before the proper judge. Failure to do so may result in the Court vacating a hearing or declining to resolve the motion until all consent designations have been submitted.

3. Within 30 days of the filing of an answer to the complaint, the parties shall file a joint status report addressing the relevant portions of Local Rule 240(a) to facilitate the entry of a pretrial scheduling order. Therein, the parties may propose dates for a hearing based on the Court's motion schedule (on Judge Kim's webpage on the Court's website at https://www.caed.uscourts.gov/CAEDnew/index.cfm/judges/all-judges/united-states-magistrate-judge-chi-soo-kim-csk/) or may agree the Court can enter a scheduling order without the need for a hearing.

4. The parties are directed to Judge Kim's Civil Standing Orders, which are located on the Court's website at www.caed.uscourts.gov. (select "Judges," then select Magistrate Judge Chi Soo Kim). The parties should take note of the page limits for civil motions and discovery joint statements. The parties are responsible for knowing and complying with the Court's standing orders.

/////

/////

---

[1]Alternatively, if this action was removed from state court, the removing party shall immediately serve upon each of the other parties, and upon all parties subsequently joined, a copy of this order, and shall file with the Clerk a notice that the parties have been served.

5. The parties are reminded of their continuing duty to notify the Court immediately of any

settlement or other disposition. *See* Local Rule 160.

DATED:    June 3, 2025

_____

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE