**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff Evgeniy Gubanov*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVGENIY GUBANOV,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF PLACER, DEPUTY STANISLAV SEMENUK; DEPUTY DUSTIN KIMBALL; and DOE 1–10,<br><br>        Defendants. | Case No.: 2:25−CV−01537−CSK<br>Magistrate Judge: Chi Soo Kim<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

1  **TO THIS HONORABLE COURT:**

2     In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure,

3  and Eastern District Local Rule 210, Plaintiffs hereby submit their proof of

4  service of the Complaint, Summons, and other documents on Defendants'

5  COUNTY OF PLACER, DEPUTY STANISLAV SEMENUK, and DEPUTY

6  DUSTIN KIMBALL; (attached hereto as Exhibit "A").

7

8

9  DATED: June 27, 2025   **LAW OFFICES OF DALE K. GALIPO**

10

11      By: */s/* *Cooper Alison-Mayne*

12         Cooper Alison-Mayne
          *Attorneys for Plaintiff*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

# EXHIBIT A

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Evgeniy Gubanov ,

CASE NO:  2:25−CV−01537−CSK

vs.

**SUMMONS IN A CIVIL CASE**

County of Placer , et al. ,

TO:  **County of Placer, Dustin Kimball, Stanislav Semenuk**

Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on:

> Dale K. Galipo
> Law Offices of Dale K. Galipo
> 21800 Burbank Blvd., Suite 310
> Woodland Hills, CA 91367

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you,** exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**
_____
CLERK

**/s/  A. Benson**
_____
(By) DEPUTY CLERK



**ISSUED ON 2025−06−03 10:57:36**
**CLERK, USDC EDCA**

## RETURN OF SERVICE FOR COUNTY OF PLACER

| Service of the Summons and complaint was made by me (1) | DATE | 6/25/25 |
|---|---|---|
| NAME OF SERVER (PRINT)    Masum Khan | TITLE | Not a California Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: "Jane Doe" (Caucasian, 50, 5'2", 150 lbs, Brown eyes, Black Hair), Front Desk

☐ Returned unexecuted:_____

_____

_____

☐ Other (specify) :_____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | 188.68 | TOTAL | 188.68 |
|---|---|---|---|---|

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____6/27/2025_____    _____M. Khan._____
                          Date                              *Signature of Server*

                                                  800 S. Figueroa, Suite 900, Los Angeles, CA 90017
                                                  *Address of Server*

| | |
|---|---|
| **From:** | POD@acelegal.com |
| **To:** | Darci Gilbert |
| **Subject:** | Delivery Confirmation for Control# 2462468 Ref# GUBANOV V COUNTY |
| **Date:** | Thursday, June 26, 2025 3:28:14 PM |

---

ACE ATTORNEY SERVICE, INC.

ATTN: DARCI GILBERT

CTRL:  2462468    ORDER DATE:  6/25/25    SERVICE TYPE: PDF PND
CUST: 13865 LAW OFFICES OF DALE K. GALIPO        REF: GUBANOV V COUNTY

PU: LAW OFFICES OF DALE K. GALIPO        DL: County of Placer
  21800 BURBANK BLVD.              175 Fulweiler Avenue
  WOODLAND HILLS  CA  91367          AUBURN        CA
  RM:SUITE 310
                TO SEE: COUNTY COUNSEL

DEL DATE:  6/25/25    TIME:  11:42    SIGN: jane doe

  CASE NUMBER:2:25-cv-01537-CSK
  CASE NAME:GUBANOV V COUNTY
  DOCUMENTS:FED S&C
     ...

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**Evgeniy Gubanov ,**                                    **CASE NO:  2:25−CV−01537−CSK**

        vs.                                           **SUMMONS IN A CIVIL CASE**

**County of Placer , et al. ,**

TO:   **County of Placer, Dustin Kimball, Stanislav Semenuk**

Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on:

        **Dale K. Galipo**
        **Law Offices of Dale K. Galipo**
        **21800 Burbank Blvd., Suite 310**
        **Woodland Hills, CA 91367**

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you,** exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**
_____
CLERK

**/s/  A. Benson**
_____
(By) DEPUTY CLERK



**ISSUED ON 2025−06−03 10:57:36**
**CLERK, USDC EDCA**

## RETURN OF SERVICE FOR STANISLAV SEMENUK

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me (1) | DATE | 6/25/25 |
| NAME OF SERVER *(PRINT)*   Masum Khan | TITLE | Not a California Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Gloria N. (Caucasian, Female, 45, 5'1", 130 lbs, Brown eyes, Black Hair), Accountant

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify) :_____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | 491.18 | TOTAL | 491.18 |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____6/27/2025_____          _____M. Khan._____
                              Date                                    *Signature of Server*

                                                     800 S. Figueroa, Suite 900, Los Angeles, CA 90017
                                                     *Address of Server*

**From:**       POD@acelegal.com
**To:**         Darci Gilbert
**Subject:**    Delivery Confirmation for Control# 2462469 Ref# GUBANOV V COUNTY
**Date:**       Wednesday, June 25, 2025 11:19:49 AM

---

ACE ATTORNEY SERVICE, INC.

ATTN: DARCI GILBERT

CTRL:  2462469    ORDER DATE:  6/25/25    SERVICE TYPE: PDF PND
CUST: 13865 LAW OFFICES OF DALE K. GALIPO        REF: GUBANOV V COUNTY

PU: LAW OFFICES OF DALE K. GALIPO      DL: Stanislav Semenuk
  21800 BURBANK BLVD.              2929 Richardson Drive
  WOODLAND HILLS  CA  91367          AUBURN        CA
  RM:SUITE 310
                    TO SEE: PLACER SHERIFF

DEL DATE:  6/25/25   TIME: 11:07   SIGN: GLORIA N

  CASE NUMBER:2:25-cv-01537-CSK
  CASE NAME:GUBANOV V COUNTY
  DOCUMENTS:FED S&C
      ...

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Evgeniy Gubanov ,

**CASE NO: 2:25–CV–01537–CSK**

vs.

**SUMMONS IN A CIVIL CASE**

County of Placer , et al. ,

TO:  **County of Placer, Dustin Kimball, Stanislav Semenuk**

Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on:

> **Dale K. Galipo**
> **Law Offices of Dale K. Galipo**
> **21800 Burbank Blvd., Suite 310**
> **Woodland Hills, CA 91367**

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you,** exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**
_____
CLERK

**/s/  A. Benson**
_____
(By) DEPUTY CLERK

**ISSUED ON 2025–06–03 10:57:36**
**CLERK, USDC EDCA**

# RETURN OF SERVICE FOR DUSTIN KIMBALL

| Service of the Summons and complaint was made by me (1) | DATE | 6/25/25 |
|---|---|---|
| NAME OF SERVER *(PRINT)*   Masum Khan | TITLE | Not a California Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Gloria N. (Caucasian, Female, 45, 5'1", 130 lbs, Brown eyes, Black Hair), Accountant

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify) :_____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | 352.50 | TOTAL | 352.50 |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____6/27/2025_____      _____M. Khan._____
Date                                          *Signature of Server*

800 S. Figueroa, Suite 900, Los Angeles, CA 90017
*Address of Server*

**From:** POD@acelegal.com
**To:** Darci Gilbert
**Subject:** Delivery Confirmation for Control# 2462470 Ref# GUBANOV V COUNTY
**Date:** Wednesday, June 25, 2025 11:23:26 AM

---

ACE ATTORNEY SERVICE, INC.

ATTN: DARCI GILBERT

CTRL: 2462470   ORDER DATE: 6/25/25   SERVICE TYPE: PDF PND
CUST: 13865 LAW OFFICES OF DALE K. GALIPO      REF: GUBANOV V COUNTY

PU: LAW OFFICES OF DALE K. GALIPO      DL: Deputy Dustin Kimbal
   21800 BURBANK BLVD.              2929 Richardson Drive
   WOODLAND HILLS  CA  91367         AUBURN         CA
   RM:SUITE 310
                    TO SEE: PLACER SHERIFF

DEL DATE: 6/25/25   TIME: 11:07  SIGN: GLORIA N

   CASE NUMBER:2:25-cv-01537-CSK
   CASE NAME:GUBANOV V COUNTY
   DOCUMENTS:FED S&C
      ...