OFFICE OF THE PLACER COUNTY COUNSEL
Gregory Warner (SBN 282490)
Nataliya Shtevnina (SBN 339094)
175 Fulweiler Avenue
Auburn, California 95603
Telephone:   (530) 889-4044
Facsimile:    (530) 889-4069
Email: CCL-eservice@placer.ca.gov

Attorneys for Defendants COUNTY OF PLACER,
STANISLAV SEMENUK and DUSTIN KIMBALL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVGENIY GUBANOV,<br><br>                    Plaintiff,<br><br>           v.<br><br>COUNTY OF PLACER; DEPUTY STANISLAV SEMENUK; DEPUTY DUSTIN KIMBALL; and DOE 1-10,<br><br>                    Defendants. | Case No. 2:25-cv-01537-CSK<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a)**<br><br>Judge:       Chi Soo Kim<br>Courtroom: 25, 8th Floor<br><br>Complaint Filed: June 2, 2025<br>Trial Date:       Not assigned |

///
///
///
///
///
///
///
///

Pursuant to Eastern District Local Rule 144(a), the parties stipulate that Defendants, COUNTY OF PLACER, DEPUTY STANSILAV SEMENUK, and DEPUTY DUSTIN KIMBALL may have an additional 19 days to respond to Plaintiff's Complaint. Defendants' responsive pleading must be filed and served on or before August 4, 2025.

Dated: July 15, 2025                    OFFICE OF THE PLACER COUNTY COUNSEL


By:   /s/Nataliya Shtevnina
      Gregory Warner
      Nataliya Shtevnina
      Attorneys for Defendants
      COUNTY OF PLACER, STANISLAV
      SEMENUK, and DUSTIN KIMBALL


Dated: July 15, 2025                    LAW OFFICE OF DALE K. GALIPO


By:   /s/Cooper Alison-Mayne
      Dale K. Galipo
      Cooper Alison-Mayne
      Attorneys for Plaintiff
      EVGENIY GUBANOV