1  KEVIN J. DEHOFF, ESQ., SB No. 252106
      Email: kdehoff@akk-law.com
2  **ANGELO, KILDAY & KILDUFF, LLP**
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone: (916) 564-6100
5

6  Attorneys for Defendants STANISLAV SEMENUK and
   DUSTIN KIMBALL
7

8
9                **UNITED STATES DISTRICT COURT**

10               **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| EVGENIY GUBANOV, | Case No.: 2:25-cc-01537-CSK |
| Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANTS DEPUTY STANISLAV SEMENUK AND DEPUTY DUSTIN KIMBALL TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a)** |
| vs. | |
| COUNTY OF PLACER; DEPUTY STANISLAV SEMENUK; DEPUTY DUSTIN KIMBALL; and DOE 1-10 | |
| Defendants. | Judge:  Chi Soo Kim |
| | Courtroom: 25, 8th floor |
| | Complaint Filed: June 2, 2025 |
| | Trial Date: Not assigned |

///

///

///

///

///

///

-1-
STIPULATION EXTENDING TIME FOR DEFENDANTS DEPUTY STANISLAV SEMENUK AND DEPUTY DUSTIN
KIMBALL TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a)

Pursuant to Eastern District Local Rule 144(a), the parties stipulate that Defendants DEPUTY STANISLAV SEMENUK and DEPUTY DUSTIN KIMBALL may have an additional 21 days to respond to Plaintiff's Complaint. Defendants SEMENUK and KIMBALL's responsive pleading must be filed and served on or before August 25, 2025.

Dated: August 4, 2025    ANGELO, KILDAY & KILDUFF, LLP

                                                /s/ Kevin J. Dehoff
                              By:_____
                                  KEVIN J. DEHOFF
                                  Attorneys for Defendants DEPUTY STANISLAV
                                  SEMENUK and DEPUTY DUSTIN KIMBALL

Dated: August 4, 2025    LAW OFFICE OF DALE GALIPO

                                                /s/ Cooper Alison-Mayne
                              By:_____
                                  DALE K. GALIPO
                                  COOPER ALISON-MAYNE
                                  Attorneys for Plaintiff EVGENIY GUBANOV