**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Cruz Rocha, SBN 279293
crocha@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
COUNTY OF PLACER
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVGENIY GUBANOV, | CASE NO. 2:25-cv-01537-CSK |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| | Complaint Filed: 06/02/2025 |
| COUNTY OF PLACER, DEPUTY STANISLAV SEMENUK; DEPUTY DUSTIN KIMBALL; and DOES 1-10, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, CRUZ ROCHA, of Porter Scott, A Professional Corporation, hereby enter my appearance as counsel for Defendant COUNTY OF PLACER in this matter. I am a member of the State Bar of California and am admitted to Practice in the Eastern District of California. My address and Telephone Number are as follows:

Cruz Rocha
Porter Scott
A Professional Corporation
2180 Harvard Street, Suite 500
Sacramento, CA 95815
Telephone: 916-929-1481
Fax: 916-927-3706

Dated:  August 5, 2025

PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/Cruz Rocha
    Carl L. Fessenden
    Cruz Rocha
    Attorneys for Defendants

NOTICE OF APPEARANCE