**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVGENIY GUBANOV,<br><br>                    Plaintiff,<br><br>v.<br><br>COUNTY OF PLACER;<br>STANISLAV SEMENUK; DUSTIN<br>KIMBALL; and DOES 1–10,<br><br>                    Defendants | Case No: 2:25-cv-01537-CSK<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION** |

## JOINT STIPULATION TO DISMISS

Plaintiff EVGENIY GUBANOV, by and through his attorneys of record, and Defendants COUNTY OF PLACER, STANISLAV SEMENUK, and DUSTIN KIMBALL, by and through their attorneys of record, hereby stipulate that this entire action be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). All parties to bear their own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: May 26, 2026          **LAW OFFICES OF DALE K. GALIPO**

By:    /s/    Cooper Alison-Mayne
          Dale K. Galipo
          Cooper Alison-Mayne[1]

          *Attorneys for Plaintiff*

Dated: May 26, 2026          **PORTER SCOTT**

By:          /S/ Cruz Rocha
                  Cruz Rocha

                  *Attorney for County of Placer*

Dated: May 26, 2026          **ANGELO, KILDAY & KILDUFF, LLP**

By:    /S/ Ethan Zertucha
          Ethan Zertucha
          Kevin Dehoff

          *Attorney for Defendants Semenuk and Kimball*

---

[1] Pursuant to Local Rule 131(e), as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

JOINT STIPULATION TO DISMISS ENTIRE ACTION