# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

EVGENIY GUBANOV,

        Plaintiff,

v.

COUNTY OF PLACER, STANISLAV SEMENUK; DUSTIN KIMBALL; and DOES 1–10,

        Defendants

Case No: 2:25-cv-01537-CSK
Honorable: Troy L. Nunley

**[PROPOSED] ORDER**

1
[PROPOSED] ORDER

Pursuant to the stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).  All previously scheduled dates and deadlines in this action are VACATED.

**IT IS SO ORDERED**.

Dated: _____

_____
Honorable Troy L. Nunley
United States District Judge